UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

DIANA ANDERSON,

                Plaintiff,

ORDER OF DISMISSAL

- against -

CV 2004-3363 (CBA)(MDG)

PATHMARK STORES, et al.,

            Defendants and
      Third Party Plaintiffs,

- against -

NAFCO WHOLESALE FISH INC., et al.

           Third Party Defendants.

- - - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2005 ★
P.M. _____
TIME A.M. _____

    The parties having reached an agreement to settle this action at a conference before Magistrate Judge Go, and no party being an infant or incompetent, it is hereby

    ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within forty-five days of the date of this Order.

Dated:  Brooklyn, New York
       July 19, 2005

/S/ HON. CAROL B. AMON
_____
CAROL B. AMON
UNITED STATES DISTRICT JUDGE

